```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,      :
                                    15 Cr. 729 (JFK)
        -against-              :
                                    ORDER
ROHAN ASWAT,                   :

        Defendant.             :
------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

IT IS HEREBY ORDERED that Dr. Eric Hollander, of the Department of Psychiatry and Behavioral Sciences at the Albert Einstein College of Medicine, examine the defendant psychiatrically and report to the Court on February 19, 2016 at 12 noon as to the mental condition of the defendant and his competency to stand trial. Dr Hollander is to examine Mr. Aswat at the Metropolitan Correctional Center (MCC) at his convenience.

The Warden of the MCC is directed to provide Dr. Hollander an adequate facility in the institution to perform his examination(s) and to supply adequate physical safety and security for the Doctor.

**SO ORDERED.**

Dated: New York, New York
       January 12, 2016

                                    _____
                                    **JOHN F. KEENAN**
                                    **United States District Judge**